HAMBLIN v. THE ROCKAWAY.

*(Circuit Court, S. D. New York. August 18, 1890.)*

COLLISION—BETWEEN STEAMERS—FAILURE TO ANSWER SIGNAL—DUTY TO STOP—CROSSING COURSE.

The steam-lighter I., going up the East river near the New York shore, came in collision, near Eighth-Street dock, with the ferry-boat R., bound from Hunter's point to the Seventh-Street slip, and having the right of way. The R. three times gave a signal of one whistle, when off Thirteenth street, Twelfth street, and Eleventh street, when she received a signal of two whistles from the I., which attempted to go near the shore; and the two collided port bow to port bow. *Held*, both in fault; the I. for crossing the R.'s course, and keeping to the left near the shore, without reason; the R. for not backing sooner, under inspector's rule 3, or as soon as the I.'s intent was made known. Affirming 38 Fed. Rep. 856.

In Admiralty. Appeal from district court.
*Rice & Bijur*, for appellant.
*Anson Beebe Stewart*, for appellee.

LACOMBE, Circuit Judge. Decision of district court affirmed, with costs.